IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| STEPHEN CAMERON COLBERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 4:06-cv-00823-RBP-PWG |
| ) | |
| ST. CLAIR COUNTY, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 31, 2006, recommending that this action be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1).  No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED.  Accordingly, this action is due to be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1).  A Final Judgment will be entered.

DATED this 5th day of July, 2006.

*/s/ Robert B. Propst*

**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**